JOHN D. ANTONOPULOS, Respondent, *v.* POSTAL TELEGRAPH CABLE COMPANY, Appellant.

Argued December 1, 1941; decided January 8, 1942.

*Willard B. VanderVoort* for appellant.

*Frederick Evan Crane, Sanford H. Markham* and *Harry Yodowitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.